THE PEOPLE *ex rel.* MOREHOUSE *v.* CARMAN.

A DISTRICT Court having, on *certiorari*, affirmed the judgment of a Justice's Court against relator for one hundred and sixty-four dollars and fourteen dollars costs, relator appeals to the Supreme Court: *Held*, that the appeal must be dismissed for want of jurisdiction.

APPEAL from the Twelfth District.

Luce sued Morehouse in the Court of Carman, a Justice of the Peace in San Francisco, for one hundred and sixty-four dollars, balance of an account for board of defendant's wife.   Judgment for plaintiff for one hundred and sixty-four dollars and costs—fourteen dollars.   *Certiorari* from the Twelfth District Court, at the relation of Morehouse, to review the proceedings.   Judgment of the Justice affirmed with costs, five dollars and fifty cents.   Relator appeals.

*Stanly & Hayes*, for Appellant.

*Henry J. Wells*, for Respondent.

COPE, J. delivered the opinion of the Court—FIELD, C. J. concurring.

The amount in controversy is not sufficient to give this Court jurisdiction, and the appeal is therefore dismissed.